**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CORONADO CAPITAL | ) | Case No. 21-30264-HCM |
| INVESTMENTS, INC., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**SUMMARY OF FIRST & FINAL APPLICATION FOR ALLOWANCE & PAYMENT OF FEES & EXPENSES OF MIRANDA & MALDONADO, P.C. AS COUNSEL FOR THE ESTATE PURSUANT TO 11 U.S.C. §330(a)**

**I.** **Client:** Coronado Capital Investments, Inc. (CCI)

**II.** **Requesting Applicant:** MIRANDA & MALDONADO, P.C.

**III.** **TOTAL AMOUNT REQUESTED:**

TOTAL FEES: $20,055.00

TOTAL EXPENSES: $99.36

**TOTAL:** **$20,154.36**

RETAINER BALANCE: $2,500

POST-PETITION PAYMENT: $2,500

TIME PERIOD COVERED:….................April 5, 2021 through December 16, 2021

**IV.** **BREAKDOWN OF CURRENT APPLICATION:**

| Name/Capacity | Years Admitted to Practice | Hours | Rate | Total Fees |
|---|---|---|---|---|
| **ATTORNEY** Carlos A. Miranda, Esq. | 30 | 60.10 | $300 | $18,030 |
| **LEGAL ASSISTANT** Juan Aguirre | N/A | 16.20 | $125 | $2,025t |

CCI - *Summary of First & Final Application for Allowance and Payment of Fees & Expenses of Miranda & Maldonado, P.C. as Counsel for the Estate Pursuant to 11 U.S.C. §330(a)* - Page **1** of **6**

    Minimum Fee Increments:    .10 Hrs.

**V. PRIOR APPLICATIONS:** There have been no prior Fee Applications in this case.

**VI. APPLICANT:** Applicant is a law firm located in El Paso, Texas specializing in bankruptcy law. Applicant represents debtors as well as secured and unsecured creditors in Chapter 7, 11, and 13 proceedings. Applicant has been actively involved in the field of bankruptcy for 29 years, has experience in bankruptcy matters, and has devoted substantial time to these proceedings. Applicant's Firm has been involved in Chapter 7, 11 and 13 cases in the United States Bankruptcy Court for the Districts of Texas, New Mexico, Arizona, and Oklahoma. Carlos A. Miranda is certified in Business and Consumer Bankruptcy Law by the Texas Board of Legal Specialization. He is admitted to practice in the State of Texas (Bar No. 14199582), and the United States District Courts for the Western, Eastern, Northern, and Southern Districts Texas and Oklahoma. Mr. Miranda is also admitted to practice before the U.S. Tax Court. Mr. Miranda is a graduate of Trinity University (B.A., 1988) and of Texas Tech University School of Law (J.D., 1991). Carlos G. Maldonado is admitted to practice in the State of Texas (Bar No. 24098905), the State of Oklahoma (Bar No. 30155), and the District of Columbia (Bar No. 1000051), as well as the United States District Court for the Western, Eastern, and Northern Districts of Texas, and the District Court of Oklahoma. He is a graduate of the University of Texas at El Paso (B.A., 2007) and Oklahoma City University School of Law (J.D., 2010).

**VII. OTHER CO-EQUAL OR ADMINISTRATIVE CLAIMANTS IN THIS CASE:** None.

**VIII. RESULTS OBTAINED:** This Chapter 11 Case was commenced with a Voluntary Petition for Relief filed by the Debtor on April 5, 2021. Since then, CCI has managed its business affairs under the supervision of the Court and the Office of the United States Trustee. As reflected in the detailed billing records attached to the *Application* as **Exhibit "A"**, Applicant has aided CCI in the prosecution of its bankruptcy proceeding and reorganization efforts including:

    i). Adequate Protection agreement entered into with four (4) Secured Lenders;

    ii). Adequate Protection agreement with Secured Lenders extended through Confirmation.

    iii). Debtor's First Amended Plan of Confirmation, as Modified, confirmed on December 16, 2021.

It is CCI's belief that Applicant's services have been instrumental in stabilizing its business operations, reducing monthly overhead costs, and restructuring its secured debt serving as the foundation for a viable reorganization based on arrangements to already

negotiated, and to be negotiated, with its secured, priority, and general unsecured creditors.

**IX.** **BACKGROUND OF THE CASE:** The following provides an estimate of the amount of Attorney's Fees requested in the Application by activity and a summary of the activity.

| ASSET SALES | | |
|---|---|---|
| Name | Time | Amount |
| N/A | 0.00 | $0.00 |

| ASSUMPTION/REJECTION OF LEASES | | |
|---|---|---|
| Name | Time | Amount |
| N/A | 0.00 | $0.00 |

| CREDITOR INQUIRIES | | |
|---|---|---|
| Name | Time | Amount |
| Carlos A. Miranda | 5.20 | $1,560 |
| Juan Aguirre | .50 | $62.50 |
| Total | 5.70 | $1,622.50 |

| DISCLOSURE STATEMENT & PLAN | | |
|---|---|---|
| Name | Time | Amount |
| Carlos A. Miranda | 25.20 | $7,560 |

| Juan Aguirre | 4.00 | $500 |
|---|---|---|
| Total | 29.20 | $8,060 |

### FIRST DAY MOTIONS

| Name | Time | Amount |
|---|---|---|
| Carlos A. Miranda | 3.00 | $900 |
| Total | 3.00 | $900 |

### GENERAL ADMINISTRATIVE/MOR's

| Name | Time | Amount |
|---|---|---|
| Carlos A. Miranda | 6.70 | $2,010 |
| Juan Aguirre | 1.70 | $212.50 |
| Total | 8.40 | $2,222.50 |

### GENERAL COUNSELING

| Name | Time | Amount |
|---|---|---|
| Carlos A. Miranda | 2.20 | $660 |
| Juan Aguirre | 2.00 | $250 |
| Total | 4.20 | $910 |

| MFR LITIGATION | | |
|---|---|---|
| Name | Time | Amount |
| N/A | 0.00 | $0.00 |

| POC ANALYSIS & OBJECTION | | |
|---|---|---|
| Name | Time | Amount |
| Carlos A. Miranda | 2.30 | $690 |
| Total | 2.30 | $690 |

| POST-PETITION FINANCING | | |
|---|---|---|
| Name | Time | Amount |
| Carlos A. Miranda | 13.20 | $3,960 |
| Juan Aguirre | 1.00 | $125 |
| Total | 14.20 | $4,085 |

| PROFESSIONAL FEES (APPLICATION & OBJECTION) | | |
|---|---|---|
| Name | Time | Amount |
| Carlos A. Miranda | .30 | $90 |
| Juan Aguirre | 1.00 | $125 |

|  |  |  |
|---|---|---|
| Total | 1.30 | $215 |

| SCHEDULES & SOFA | | |
|---|---|---|
| Name | Time | Amount |
| Carlos A. Miranda | 2.00 | $600 |
| Juan Aguirre | 6.00 | $725 |
| Total | 8.00 | $1,350 |
|  |  |  |

| EXPENSES |
|---|
| $99.36 |

Respectfully submitted,

**MIRANDA & MALDONADO, P.C.**

<u>/s/ Carlos A. Miranda, Esq.</u>
Carlos A. Miranda, Esq.
Carlos G. Maldonado, Esq.
5915 Silver Springs, Bldg. 7
El Paso, Texas 79912
(915) 587-5000 (Telephone)
(915) 587-5001 (Facsimile)
**cmiranda@eptxlawyers.com**
**cmaldonado@eptxlawyers.com**

Attorneys for the Debtor
Coronado Capital Investments, Inc.