**The relief described hereinbelow is SO ORDERED.**

**Signed January 28, 2022.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CORONADO CAPITAL | ) | Case No. 21-30264-HCM |
| INVESTMENTS, INC., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

### ORDER GRANTING FIRST & FINAL APPLICATION FOR ALLOWANCE & PAYMENT OF FEES & EXPENSES OF MIRANDA & MALDONADO, P.C. AS COUNSEL FOR THE ESTATE PURSUANT TO 11 U.S.C. §330(a)

Came on this day to be considered the First & Final Application for Allowance and Payment of Fees & Expenses of Miranda & Maldonado, P.C. as Counsel for the Estate Pursuant to 11 U.S.C. §330(a) (the "Application") filed by Applicant Miranda & Maldonado, P.C.

After consideration of the pleadings and the arguments of Counsel, as well as the Court finding that notice was proper to the necessary parties, and no objections to the Application having been filed, this Court is of the opinion that the relief requested in

the Application should be granted in its entirety.

IT IS THEREFORE, ORDERED, ADJUDGED and DECREED that the Application for compensation and reimbursement of expenses as set forth in the First & Final Application for Allowance and Payment of Fees & Expenses of Miranda & Maldonado, P.C. as Counsel for the Estate Pursuant 11 U.S.C. §330(a) (the "Application") is hereby approved in its entirety.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that Miranda & Maldonado, P.C. as Counsel for the Estate is awarded total fees in the amount of **$20,055** for the period beginning April 5, 2021, through November 16, 2021 and expenses in the total amount of **$99.36** for that same time period.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Debtor is authorized to pay Miranda & Maldonado, P.C. the total amount of **$20,154.36**, and may apply the prepetition retainer balance of **$2,500** and deposit of **$2,500** to the Fees and Expenses awarded by this Order.

###

**ORDER SUBMITTED BY:**
Carlos A. Miranda, Esq.
Carlos G. Maldonado, Esq.
Miranda & Maldonado, P.C.
5915 Silver Springs, Bldg. 7
El Paso, Texas 79912
(915) 587-5000 (Telephone)
(915) 587-5001 (Facsimile)
cmiranda@eptxlawyers.com
cmaldonado@eptxlawyers.com

Counsel for the Debtor