UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
KEVIN M. EPSTEIN
UNITED STATES TRUSTEE
JAMES W. ROSE, JR.
TRIAL ATTORNEY
615 E. Houston, Rm. 533
San Antonio, TX 78205
Telephone: (210) 472-4640
Fax: (210) 472-4649

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CORONADO CAPITAL INVESTMENT, INC., | § | CASE NO. 21-30264-HCM |
| | § | |
| | § | CHAPTER 11 |
| | § | |
| DEBTOR. | § | |

**OBJECTION OF THE UNITED STATES TRUSTEE
TO APPLICATION FOR FINAL DECREE**

TO THE HONORABLE H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, KEVIN M. EPSTEIN, THE UNITED STATES TRUSTEE for Region 7 ("UST"), and objects to the Application for Final Decree (the "Application") (Doc. No. 89) and represents as follows:

1. On January 6, 2022, the Court entered and order confirming the first amended plan of reorganization as modified filed by Coronado Capital Investment, Inc. (the "Plan").

2. Federal Rule of Bankruptcy Procedure 3022 provides that after a case is fully administered, the Court, on its own motion or on a motion of a party in interest, shall enter a final decree closing the case. The Advisory Committee Notes to Federal Rule of

1

Bankruptcy Procedure 3022 state that payments need not be complete before the court enters a final decree. Instead the Advisory Committee Notes lists six factors for the court to consider — one of which is that payments under the plan have commenced.

3. The Debtor is delinquent on filing the post-confirmation report for the 1st quarter of 2022. Without this report, it is not possible to determine whether the Debtor is current on its Plan obligations. The Debtor currently owes estimated quarterly fees of $502.14.

4. As soon as the Debtor becomes current on filing the reports and payment of any outstanding quarterly fee obligations, the case can close.

WHEREFORE, the UST requests that the Court not grant the Application for Final Decree until the Debtor is current on its reports and quarterly fee obligations and for all further relief as is equitable and just.

Respectfully submitted,

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE
REGION 7

By: /s/James W. Rose, Jr.
James W. Rose, Jr.
Trial Attorney
Texas Bar No. 17251900
615 E. Houston St., Room 533
San Antonio, TX 78205
(210) 472-4640
(210) 472-4649 Fax
E-mail: james.rose@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing pleading was served by electronic means for all Pacer system participants and/or by first class mail, postage prepaid, to all parties listed on the attached Service List on this the 21st day of July, 2022.

                                        /s/ James W. Rose, Jr.
                                        James W. Rose, Jr.
                                        Trial Attorney

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-3<br>Case 21-30264-hcm<br>Western District of Texas<br>El Paso<br>Thu Jul 21 11:46:47 CDT 2022 | Coronado Capital Investment, Inc.<br>c/o Carlos Miranda, Esq.<br>5915 Silver Springs<br>Building 7<br>El Paso, TX 79912-4126 | U.S. BANKRUPTCY COURT<br>511 E. San Antonio Ave., Rm. 444<br>EL PASO, TX 79901-2417 |
| Aureliano & Gloria Chaidez<br>4720 Harmony<br>El Paso, Texas 79924-1009 | Aureliano Chaidez and Gloria Chaidez<br>4720 Harmony<br>El Paso, TX 79924-1009 | Aureliano Chaidez and Gloria Chaidez<br>c/o Uprising Investments, LLC<br>5862 Cromo Dr., Ste. 100<br>El Paso, Texas 79912-5510 |
| (p)LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>ATTN DON STECKER<br>112 E PECAN<br>SUITE 2200<br>SAN ANTONIO TX 78205-1588 | City of El Paso<br>c/o Don Stecker<br>Weston Centre, 112 E. Pecan St., Ste. 22<br>San Antonio, TX 78205-1512 | Corey W. Haugland<br>James & Haugland, P.C.<br>609 Montana A venue<br>El Paso, TX 79902 |
| El Paso Electric<br>P.O. Box 650801<br>Dallas, TX, 75265-0801 | El Paso Water<br>6400 Boeing Drive<br>El Paso, TX 79925-1007 | Fernando Torres Macias and Bertha Lujan Mora<br>c/o Uprising Investments, LLC<br>4150 Rio Bravo, Ste. 245<br>El Paso, Texas 79902-1077 |
| Internal Revenue Service (IRS)<br>Centralized Insolvency Office<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 | SM VER Enterprises, LLC<br>c/o Uprising Investments, LLC<br>4150 Rio Bravo, Ste. 245<br>El Paso, Texas 79902-1077 | Steven Bass<br>United States Attorney's Office<br>903 San Jacinto Blvd., Suite 334<br>Austin, Texas 78701-2449 |
| (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 | Texas Gas Service<br>P.O Box 219913<br>Kansas City, MO, 64121-9913 | Texas Workforce Commission<br>TWC Building - Regulatory Integrity Divi<br>101 East 15th Street<br>Austin, TX 78778-0001 |
| The Wesley Keith Murchison Revocable Trust<br>c/o Clyde A. Pine, Jr.<br>P.O. Box 1977<br>El Paso, Texas 79999-1977 | The Wesley Keith Murchison Revocable Trust<br>c/o Stewart Tomlinson and/or Phil Morrel<br>and/or Joshua Duran Substitute Trustees<br>P.O Box 13441<br>El Paso, TX 79913-3441 | United States Attorney General<br>Department of Justice<br>950 Pennsylvania Ave., N.W.<br>Washington, DC 20530-0009 |
| United States Attorney, Civil Process Clerk<br>Department of Justice<br>601 N. W. Loop 410, Suite 600<br>San Antonio, TX 78216-5512 | United States Trustee - EP12<br>U.S. Trustee's Office<br>615 E. Houston, Suite 533<br>P.O. Box 1539<br>San Antonio, TX 78295-1539 | United States Trustee's Office<br>615 E. Houston, Ste. 533<br>P.O. Box 1539<br>San Antonio, TX 78295-1539 |
| Uprising Investments, LLC<br>5862 Cromo Dr<br>Suite 100<br>El Paso, TX 79912-5510 | Uprising Investments, LLC<br>c/o Kemp Smith LLP<br>221 N. Kansas, Ste. 1700<br>El Paso, TX 79901-1401 | Zia Trust, Inc., as Custodian<br>for Bradley E. Jarman, IRA<br>c/o Uprising Investments, LLC<br>4150 Rio Bravo, Ste. 245<br>El Paso, Texas 79902-1077 |
| Carlos A. Miranda<br>Miranda & Maldonado, P.C.<br>5915 Silver Springs<br>Bldg. 7<br>El Paso, TX 79912-4126 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| City of El Paso<br>c/o Don Stecker<br>112 E. Pecan St. Suite 2200<br>San Antonio, TX 78205 | Texas Comptroller of Public Accounts<br>Revenue Accounting Div - Bankruptcy Sect<br>P.O. Box 13528<br>Austin, TX 78711-3528 | End of Label Matrix<br>Mailable recipients   27<br>Bypassed recipients    0<br>Total                 27 |